FILED
CLERK, U.S. DISTRICT COURT

APR 1 3 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: EDMJ18-00131 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| RESHANA NOLEN, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the NORTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X)   information in the Pretrial Services Report and Recommendation

   (X)   information in the violation petition and report(s)

   (X)   the defendant's nonobjection to detention at this time

   ( )   other:_____

1

and/ or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

( )   information in the Pretrial Services Report and Recommendation

( )   information in the violation petition and report(s)

( )   the defendant's nonobjection to detention at this time

( )   other:_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: April 13, 2018

_____
KENLY KIYA KATO
United States Magistrate Judge

2